IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD MICHAEL KLOCH, | : | |
| Petitioner, | : | 1:17-cv-0700 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| BARRY SMITH, *Superintendent;* | : | |
| PA STATE ATTORNEY GENERAL, | : | |
| Respondents. | : | |

# ORDER

**July 29, 2019**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED as follows:

1. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED.

2. There is no basis for the issuance of a certificate of appealability. *See* R. GOVERNING § 2254 CASES R. 11(a) (stating that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant").

3. The Clerk of Court is directed to CLOSE this case.

s/ John E. Jones III
John E. Jones III
United States District Judge